FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

In the United States District Court
For the <u>Southern District of New York</u>

<u>Anthony George</u>

Amended Complaint

NYSIS #: <u>Order D7CV 1527(CBA)(LB)</u>
(optional)

_____

_____

[Enter above the full name of
the plaintiff(s) in this action.]

v.

<u>Department of Corrections /</u>

<u>Officer Adams Shield 6602 C-95</u>

<u>Officer Lynch Shield 10069 C-95</u>

<u>Officer Benston Shield 10149 C-95</u>

[Enter above the full name of all
of the defendant(s). Make sure those
listed above are identical to those
contained in Item III.]

RECEIVED
JUN - 1 2007
PRO SE OFFICE

I.   Previous lawsuits:

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?

             Yes [ ]      No [ ]

   B.   If your answer to A is yes, describe each lawsuit in
        questions 1 through 7 on the next page. (If there is
        more than one lawsuit, describe the additional lawsuits
        on another piece of paper, using the same outline.)

   1.   Parties to this previous lawsuit:

        Plaintiffs: _____

1

Defendants: Captain Morris Shield 268-C95
Captain Jane due Shield 680 Queenshouse Court
Court officer Jane Doe or Police officer Shield 10713
Officer Diaz Shield
Captain Wilson Shield 546-C95
Officer Dean Shield G-TB 1149 C-73

2. Court [if federal court, name the district; if state court, name the county]: _____

3. Docket number: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition [for example: Was the case dismissed? Was it appealed? Is it still pending?] _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of present confinement: _____

  A. Is there a prisoner grievance procedure in this institution?

     Yes [ ]    No [ ].

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

     Yes [ ]    No [ ]

  C. If your answer is YES:

    1. What steps did you take? _____

    2. What was the result? _____

2

D.   If your answer is NO, explain why not: _____

_____

III. Parties:

[In item A below, place your name and identification number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A.   Name of plaintiff: _Anthony Gray_

Address: _15-15 Haven St Elmhurst NY 11370_

[In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.]

B.   Defendant _S_____ is employed as _Collection Officer Court Officer 10713_ at _____

C.   Additional defendants: _Addam 6612  Officer Lynch 10069 C95_
_Captain Morris 268 C-95_
_Captain Jane doe 630 Queens House   Officer Diaz 8562 C-73_
_Captain Wislun 846 C-95_
_Officer Benston 10149 C-95     Officer Dean 1149 C-73_

[Make sure that the defendant(s) listed above are identical to those contained in the caption on page 1.]

IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra 8½ x 11 paper if necessary).

_On or About Nov 22, 2006 at Courthouse in Queens arraignment part AR3 Court officer Correction officer Police officer Force me to remove my religious head gear Violation of my Civil Rights Jane doe officer Badge 10713 made me remove my religious head gear Before I go into Court Room violation Civil Rights_

3

On Jan 4, 2006 Correction officer Aston Shield 10149 G95 ask me to remove my religious head gear. To let them search it. Then he said to remove all together in violation my Civil Rights. He wrote me a ticket I am a Nazurite Rastafarian. I wear a religious tag laws. Rastafarian is a Constitution Right. Captain Wilson Shield 546 Hearing captain give me 15 days in the Box for wearing my religious head gear. Officer ackend By her own hand remove my religious head gear. Violation of my Civil Rights. Officer Lynch Shield #10069 on many times tried to remove my Crown Violation of my Civil Rights. Captain Morris Shield # 268 hand cuff my and put in a cell for 2 hours saying Rastafari nazurite not allowed in the department of Corrections. On May 17+18 officer Ding Shield 18360 refuse to take me to the Law Library unless I remove my religious head gear. officer dann Shield 1149 would not let me go to law library unless I remove my religious head gear. All officer's violated my Civil Rights. Allowing only muslim + jews to wear their head gear.

IV-A If you sustained injuries, describe them and state what medical treatment was required and received.

4

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am sueing the deparment of Correction for 50 mellion dollars aleny with their officer's. For deny my Cim Rights State Rights. For local descrimation on my relegion and Cuvei Rights Also State appire issue New York State Constitution Article I Freedom of Worship Relegious liberty

5

Along with the United States Constitution Freedom To Pratice Relegion

Signed this  May  day of  23  , 20 07 .

Signature and address of each plaintiff. [INCLUDE STATE OR FEDERAL IDENTIFICATION NUMBER and NYSIS number [optional].) (You must notify the court and defendants of any change in your address.)

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Anthony George
                                    Plaintiff
            -vs-

Department of Correction    Defendant(s)

REQUEST TO PROCEED
IN FORMA PAUPERIS

I, Anthony George, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefore. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    None

2. If you are **NOT PRESENTLY EMPLOYED**:
    a) state the date of start and termination of your last employment
    b) state your earnings per month.
    YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

    None

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

    a) Are you receiving any public benefits?      ☒ No.  ☐ Yes, $ _____
    b) Do you receive any income from any other source?  ☒ No.  ☐ Yes, $ _____

7

4. Do you have any money, including any money in a checking or savings account? If so, how much?

    NO

5. Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

    ☒ No   ☐ Yes, _____

6. List the person(s) that you pay money to support and the amount you pay each month.

    None

7. Do you pay for rent or for a mortgage? If so, how much each month?

    None

8. State any special financial circumstances which the Court should consider.

    Poor Person

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this  May  day of  23 , 2007 .

_____
(signature) Anthony George

rev. 1/2001

8

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### PRISONER AUTHORIZATION

The Prison Litigation Reform Act ("PLRA" or "Act") requires you to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

* * *

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, _Anthony George_ , request and authorize the facility institution holding me in custody to send to the Clerk of the United States District Court for the Eastern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the facility holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Eastern District of New York. This authorization shall apply to any facility into whose custody I may be transferred.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT <u>EVEN IF MY CASE IS DISMISSED</u>.

_Anthony George_                                           _May 23 2007_
Signature of Plaintiff                                         Date Signed

N.Y.S.I.D. # _____

Local Prison I.D. # 441-06-14297

Federal Bureau of Prisons I.D. # _____

rev. 4/06

9

United States District Court
Southern District of New York

# PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _____

RE: _Anthony George_ -v- _Department of Corrections_

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE (45) DAYS FROM THE DATE OF THIS NOTICE.**

On April 26, 1996, the Prison Litigation Reform Act ("PLRA" or "Act") was signed into law. This Act amends the *in forma pauperis* statute (28 U.S.C. § 1915) and applies to your case. Under these amendments, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments until the entire filing fee of $350 has been paid, no matter what the outcome of the action.

********************************************************************

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, _Anthony George_, request and authorize the agency holding me in custody to send to the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

**I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $250 WILL BE PAID IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED.**

_Anthony George_                                             May 23 2007
Signature of Plaintiff                                        Date Signed

N.Y.S.I.D. # _____

Local Jail/Facility I.D. # _____

Federal Bureau of Prisons I.D. # _____

rev. 1/2005

10

**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF NEW YORK
PRO SE OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

# IMPORTANT NOTICE REGARDING DISTRICT COURT FILING FEES

Please note that effective April 10, 2006,

the filing fee to commence a civil action
will increase to **$350**

the filing fee to commence a notice of appeal
will increase to **$450**

If you have any questions, please contact the Pro Se Office
718-613-2665

A

PRO SE OFFICE
## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
U. S. COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

JAMES M. PARKISON
CLERK

## INSTRUCTIONS FOR FILING A PRISONER'S CIVIL RIGHTS COMPLAINT

Attached are a complaint form and a declaration of poverty for an action under 42 U.S.C. § 1983. The instructions for completing them are as follows:

1. **Caption**: It is very important, if possible, that you state the first and last name of each defendant and badge number, if appropriate.

2. **Contents**: The form should be fully completed. It can be typewritten or handwritten. It must be legible. If you need more space to answer a question, use a separate sheet of 8½ x 11 paper and attach it to your complaint. You are required to give facts, not legal arguments or citations. Each plaintiff must sign the complaint with an original signature. No xeroxed copies of your signature can be accepted. The complaint need not be notarized.

3. **Copies**: You must send the court the original complaint plus two identical copies. For example, all three complaint forms must include the same information and if attaching exhibits to your original complaint, you must also make copies to attach to the two remaining copies that you are submitting to the Court. You should keep another copy for your records. Copies can be handwritten or typewritten but all copies must be identical to the original.

4. **Fee**: The filing fee is $350.00, payable to the Clerk of Court, USDC, SDNY by certified check, bank check, money order or cash. No personal checks are accepted. If you pay the fee, the U.S. Marshal Service will not serve the defendants except by a court order. Service can be made by anyone over the age of 18 who is not a party to the action, after the court has issued a summons.

5. **Inability To Pay The Fee**: If you cannot pay the fee, you may apply to the court to proceed as a pauper. Complete the enclosed declaration of poverty and attach it to the original complaint. If your application is approved, you may proceed without paying the fee. If there is more than one plaintiff, each plaintiff must provide a separate declaration in support of request to proceed in forma pauperis and each plaintiff must complete the Prisoner Authorization form attached to the in forma pauperis form.

When you have completed the forms, mail the original and two copies to the United States District Court, SDNY, 500 Pearl Street, 2nd Flr, New York, New York 10007. Attention: Pro Se Clerk's Office.

rev. 4/02

*B*

## JURY TRIAL

In some kinds of cases you are entitled to a trial by jury. However, you lose your right to a jury trial if you do not ask for it early enough.

If you want a jury trial you should write "JURY TRIAL DEMANDED" on your complaint to the right of the caption (on the first page of the complaint). You can also demand a jury trial within 10 days of service of the answer.

If you have already lost your right to a jury trial, the judge may let you have a jury trial anyway if you make a motion for a jury trial, explaining why you did not ask for one earlier. The judge does not have to grant this motion.

If you have any questions, contact the Pro Se Office at 212/805-0175.

rev. 4/02

*C*.

To:     *Pro Se* Office, EDNY

From:   Rocky Marmolejos, *Pro Se* Office, (212) 805-0175

Date:   May 30, 2007

Re:     <u>George v. D.O.C., et al.</u>   07 Civ. 1527 (CBA) (LB)

The enclosed papers were mistakenly sent to the SDNY by plaintiff. The papers were received by the *Pro Se* Office on May 30, 2007.

If you have any questions regarding this matter, please feel free to contact me at the extension listed above.

BROOKLYN OFFICE



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANTHONY GEORGE,

                    Plaintiff,

      -against-

DEPARTMENT OF CORRECTIONS;
OFFICER ADAMS, Shield 6602, C95;
OFFICER JANE DOE; Shield 10069, C95;
OFFICER BENSTON, Shield 10149, C95;
CAPTAIN MORRIS, Shield 268, C95;
CAPTAIN JANE DOE, Shield 630, Queen
House; OFFICER JON DOE, Shield 11448,
C95; COURT OFFICER, Shield 10713
Queen Court; and, CAPTAIN WILSON,
576, C95,

                    Defendants.

------------------------------------------------------------X

ORDER
07 CV 1527 (CBA) (LB)

**BLOOM, United States Magistrate Judge:**

      Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendants without prepayment of fees.

<u>Consent to trial and decision on this case by a United States Magistrate Judge</u>

      The parties shall advise the Court by signing the enclosed form whether they jointly consent to trial and decision on this case by a United States Magistrate Judge (that is, the undersigned) pursuant to 28 U.S.C. § 636(c). Consent of the parties means that I may conduct all proceedings including trial of this matter and the entry of judgment in this case. The parties are free to withhold consent without adverse consequences.

      If the parties consent, my decision will be entered as the decision of the Court and an aggrieved party may appeal directly to the United States Court of Appeals to the same extent and subject to the same conditions as if the decision had been rendered by a District Judge. If the parties do not consent to decision by a Magistrate Judge and a dispositive motion is referred, my decision shall be reported as a recommendation to the assigned District Judge.

      Any party who disagrees with a Magistrate Judge's report and recommendation must file

written objections within ten days to preserve their right to appeal. Upon receipt of written objections from a party within ten days, the assigned District Judge shall review the proposed recommendations to which the objection is made. The District Judge may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. If a Magistrate Judge's report and recommendation is accepted by the assigned District Judge, the decision shall be entered and an appeal shall lie to the United States Court of Appeals.

This information regarding the availability of a Magistrate Judge to hear the entire case on consent of the parties is not meant to, in any way, interfere with the parties' absolute right to decision by a United States District Judge. This is an option available to the parties which may expedite adjudication of this case and preserve scarce judicial resources

SO ORDERED.

/S/

LOIS BLOOM
United States Magistrate Judge

Dated: April 26, 2007
Brooklyn, New York

JUDGE WOOD

07 CV 2516

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

ANTHONY GEORGE,

                              Plaintiff,                        <u>TRANSFER ORDER</u>

    -against-

DEPARTMENT OF CORRECTIONS
AND THEIR OFFICERS; OFFICER
ADAMS SHIELD 6602, C95; OFFICER
JANE DOE SHIELD 10069, C95;
OFFICER BENSTON SHIELD 10149, C95;
CAPTAIN MORRIS SHIELD 268, C95;
CAPTAIN JANE DOE SHIELD 630 QUEEN
HOUSE; JOHN DOE OFFICER SHIELD
11448, C-95; COURT OFFICER SHIELD
10713 QUEEN COURT; CAPTAIN
WILSON 576, C-95,

                              Defendants.
————————————————————————X

      Plaintiff, presently incarcerated in Rikers Island Correctional Facility, brings the instant complaint *pro se* pursuant to 42 U.S.C. § 1983.[1] Plaintiff alleges that on January 23, 2006, at the courthouse in Queens County, New York, court officers and correctional officers required him to remove his religious headgear in violation of his civil rights. For the reasons set forth below, the Clerk of Court is directed to transfer the instant case to the United States District Court for the Eastern District of New York.

      The relevant venue provision for an action under §1983 is 28 U.S.C. §1391(b), which provides as follows:

---

[1] The instant complaint was received by this Court's *Pro Se* Office on February 26, 2007.

1